# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>v.<br><br>Derrick Jon Baloo,<br><br>　　Defendant. | No. CR-21-8046-001-PCT-CDB<br><br>**ORDER** |

The Court having considered the Defendant's Motion to Continue Admit/Deny Hearing, there being no objection thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Admit/Deny Hearing currently set for Friday, June 17, 2022 at 11:00 AM, is VACATED AND RESET to Friday, July 1, 2022, at 10:00 AM at the Flagstaff location of the Court (123 N. San Francisco Street, First Floor, Flagstaff, Arizona, 86001).

The Court finds that the interests of justice outweigh the best interests of the defendant and the public in a speedy trial for the reasons stated in defendant's motion.

Dated this 16th day of June, 2022.

Camille D. Bibles
United States Magistrate Judge